**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. |
| BAUSCH & LOMB INCORPORATED, | ) ) | |
| Defendant. | ) | |

**08 C 295**

**JUDGE SHADUR**
**MAGISTRATE JUDGE ASHMAN**

NOTICE OF FILING

To: Scott L. Spiegel
Law Office of Daniel E. Goodman
1030 West Higgins, Suite 365
Park Ridge, IL 60068

PLEASE TAKE NOTICE that on January 14, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, **NOTICE OF REMOVAL OF DEFENDANT BAUSCH & LOMB, INC.**, a copy of which is attached hereto and herewith served upon you.

Peter A. Tomaras (ARDC #06180423)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: (312) 201-2000
One of the attorneys for Defendant
BAUSCH & LOMB INCORPORATED

CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing document has been served on this 14th day of January, 2008 by via first class mail, proper postage prepaid, by placing same in the U.S. mail at 225 W. Wacker Drive, Chicago, IL 60606, before the hour of 5:00 p.m.

_____