EDA

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 295**

In the Matter of

JOSEPHINE ZAPALIK and SCOTT ZAPALIK
v.
BAUSCH & LOMB INCORPORATED

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAUSCH & LOMB INCORPORATED

**JUDGE SHADUR**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) Peter A. Tomaras | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Peter A. Tomaras | |
| FIRM Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS 225 West Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180423 | TELEPHONE NUMBER (312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT