**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 295**

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. |
| BAUSCH & LOMB INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

**JUDGE SHADUR**
**MAGISTRATE JUDGE ASHMAN**

## BAUSCH & LOMB INCORPORATED'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Bausch & Lomb Incorporated makes the following disclosures:

(i)   Bausch & Lomb does not have a parent company; and

(ii)  No publicly held company owns 10% or more of Bausch & Lomb's stock.

DATED: January 14, 2008.

**BAUSCH & LOMB INCORPORATED**

By:  s/ Peter A. Tomaras
One of Its Attorneys

Peter A. Tomaras (ARDC #6180423)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)
tomaras@wildmanharrold.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 14, 2008, a copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system and will send notification of such filing to be placed in the U.S. Mail at 225 West Wacker Drive, Chicago, Illinois, on January 14, 2008, addressed to attorneys of record.

Scott L. Spiegel
Law Office of Daniel E. Goodman
1030 West Higgins, Suite 365
Park Ridge, IL  60068

s/ Peter A. Tomaras