

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
     CLERK

January 15, 2008

(312)435-5691

Daniel E. Goodman

Goodman & Witanen

1030 West Higgins Road

Suite 365

Park Ridge, IL 60068

RE:            Zapalik et al v. Bausch & Lomb Incorporated
USDC Case No.     08 C 295 -   Judge Milton I. Shadur

Dear Counselor:

The records of this office indicate that on January 14, 2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 07 L 13693. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

                                        Sincerely yours,

                                        Michael W. Dobbins, Clerk


                                By:     s/ Haydee Pawlowski
                                        Deputy Clerk


Enclosure