# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Josephine Zapalik, et al.

        Plaintiff,

v.              Case No.: 1:08−cv−00295
                Honorable Milton I. Shadur

Bausch & Lomb Incorporated

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

  MINUTE entry before Judge Milton I. Shadur :As is evident from this memorandum order, the entire Answer and ADs must be and are stricken, but with leave of course granted to file a self−contained proper responsive pleading on or before February 12, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.