THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) | Judge Milton I. Shadur |
| Defendant. | ) | Mag. Judge C. Ashman |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

NOW COME, the plaintiffs, Josephine Zapalik and Scott Zapalik (hereafter "Plaintiffs"), by and through their undersigned counsel, and move the court for an Order granting the Plaintiffs' Motion for Leave to Amend Complaint.

1.  On December 7, 2007, Plaintiffs commenced their action against Bausch & Lomb Incorporated (hereafter "Bausch & Lomb") by filing a Complaint in the Circuit Court of Cook County, County Department, Law Division, Case No. 07 L 013693.

2.  Following service of process on December 20, 2007, Bausch & Lomb filed its Notice of Removal to this court on January 14, 2008.

3.  The Plaintiffs request leave to amend their Complaint to add Walgreen Co., an Illinois corporation who distributed, marketed and sold to the Plaintiffs the alleged defective product, ReNu with MoistureLoc.

4.  As result of a recall of ReNu with MoistureLoc from the market in early April, 2006, the Plaintiffs for the first time learned of the defective nature of ReNu with MoistureLoc and for the first time became aware of Walgreen's potential liability in this case.

5.       The undersigned counsel have been associated with the counsel who filed the initial Complaint in the Circuit Court of Cook County, Illinois. As a result of the undersigned counsel's involvement in the consolidated Cook County ReNu litigation, they possess information about Walgreen that provides a good faith basis to join Walgreen Co. as an additional named defendant in order to afford complete relief to Plaintiffs in the event a judgment is entered in this case.

6.       Leave should be freely given by the court pursuant to FRCP 15 to amend the complaint.

7.       Plaintiffs file contemporaneously herewith their Memorandum in Support of their Motion to Amend their Complaint.

WHEREFORE, the plaintiffs' move the court for an Order granting them leave to file their First Amended Complaint adding Walgreen Co. as an additional named defendant in this case.

Dated: February 12, 2008       Respectfully submitted,

GARY D. McCALLISTER & ASSOCIATES, LLC


By: _s/_ Gary D. McCallister_____
     Gary D. McCallister
     *One of the Attorneys for Plaintiffs*

GARY D. McCALLISTER & ASSOCIATES, LLC
120 N. LaSalle St., Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (Fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT** was served this 12th day of February, 2008 on the following via the Court's electronic filing system:

    Peter A. Tomaras
    WILDMAN, HARROLD, ALLEN & DIXON LLP
    225 W. Wacker Drive, Suite 2800
    Chicago, Illinois 60606

                      s/     Gary D. McCallister_____
                            Gary D. McCallister
                            *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)