THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) | Judge Milton I. Shadur |
| Defendant. | ) | Mag. Judge C. Ashman |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION TO AMEND COMPLAINT**

NOW COME, the plaintiffs, Josephine Zapalik and Scott Zapalik (hereafter "Plaintiffs"), by and through their undersigned counsel, and in support of their Motion to Amend Complaint, the Plaintiffs show the court as follows:

**INTRODUCTION**

This case was originally filed in the Circuit Court of Cook County, IL by the Plaintiffs against the defendant Bausch & Lomb Incorporated (hereafter "Bausch & Lomb").  Bausch & Lomb was the designer and manufacturer of a contact lens solution known as ReNu with MoistureLoc (hereafter "ReNu" or "MoistureLoc").

On January 14, 2008, Bausch & Lomb removed this case to the federal court.

Following removal, the initial counsel for Plaintiffs, Daniel E. Goodman, associated Gary D. McCallister & Associates, LLC with him to assist in the prosecution of this case.  Gary D. McCallister & Associates, LLC is actively engaged in the consolidated ReNu litigation pending in the Circuit Court of Cook County involving Bausch & Lomb and Walgreen Co., as distributors, marketers and sellers of ReNu, from whom the Plaintiffs purchased the ReNu which resulted in injuries to their eyes.

As a result of information known to undersigned counsel as a result of their involvement in the above consolidated ReNu litigation which has been pending for some time in the Circuit Court of Cook County as well as nationally, it is now necessary to amend the complaint to include Walgreen Co. so that full and complete relief can be afforded to the Plaintiffs herein.

## AGRUMENT AND AUTHORITIES

FRCP 15 provides that leave is to be freely given to parties seeking to amend their pleadings.

Attached hereto as Exhibit 1 and incorporated herein by reference is Plaintiffs Proposed First Amended Complaint which alleges various claims against Walgreen Co. as an additional named defendant in this case.

Under Illinois law, Plaintiffs may maintain a product liability action against a pharmacy under any number of theories. Significantly, numerous cases filed in the Southern District of Illinois against pharmacy defendants have been found to state viable causes of action under Illinois law and have also been remanded back to Illinois state courts. *Brame v. Merck & Company, Inc., Walgreens*, Civil No. 05-034-GPM (S.D. Ill Feb. 17 2005); *Mcquay v. Merck & Company, Inc., Walgreen Company, d/b/a Walgreens,* Civil No. 05-038-GPM, (S.D. Ill Feb. 17 2005); *Karwoski v. Merck & Company, Inc., Walgreens*, Civil No. 05-166-GPM (S.D. Ill March 15 2005); *Rabe, et al. v. Merck & Co., Inc., Walgreen Co., d/b/a Walgreens et al.*, No. 3:05-cv-00363-GPM (S.D. Ill August 25, 2005); *Auslander v. Merck & Co., Inc., and Walgreen Co*, Civil No. 05-526-GPM (S.D. Ill Sept. 22, 2005); *King v. Merck & Co Inc., et al*, Civil No. 05-550-GPM (S.D. Ill Sept. 30, 2005); *Schwaller v. Merck & Co and Walgreen*, Civil No. 05-620-GPM (S.D. Ill Oct. 21, 2005). *See also Donohoo v. Merck & Co Inc et al*, Civil no.

05-0166-GPM (S.D. Ill April 12, 2005); *Jackson, v. Merck & Company, Inc., Walgreens*, Civil No. 05-167-GPM (S.D. Ill April 12, 2005); *Morgan, et al. v. Merck & Co., Inc., Walgreen Co. d/b/a Walgreens, et al.,* No. 3:05-cv-00378-GPM (S.D. Ill August 25, 2005).

In the instant case, Plaintiffs allege causes of action against Walgreen Co. sounding in strict liability, negligence, breach of implied warranties, violation of Illinois' Deceptive and Unfair Practice Act and negligent misrepresentation.

Walgreen's joinder as an additional named defendant is being requested in good faith and for the purpose of obtaining a judgment against Walgreen & Co. as it was significantly engaged in the promotion, distribution and sale of ReNu at all relevant times herein.

## **CONCLUSION**

For the above and foregoing reasons, the Plaintiffs respectfully request the court enter an Order granting Plaintiffs leave to file their First Amended Complaint joining Walgreen & Co. as an additional named defendant.

Dated: February 12, 2008          Respectfully submitted,

                                          GARY D. McCALLISTER & ASSOCIATES, LLC

                                          By: _s/_ Gary D. McCallister_____
                                              Gary D. McCallister
                                              *One of the Attorneys for Plaintiffs*

GARY D. McCALLISTER & ASSOCIATES, LLC
120 N. LaSalle St., Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT** was served this 12th day of February, 2008 on the following via the Court's electronic filing system:

>Peter A. Tomaras
>WILDMAN, HARROLD, ALLEN & DIXON LLP
>225 W. Wacker Drive, Suite 2800
>Chicago, Illinois 60606

>>s/    Gary D. McCallister
>>Gary D. McCallister
>>*One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)