**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08 C 295 |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | Judge Milton I. Shadur |
| | ) | |
| Defendant. | ) | Mag. Judge C. Ashman |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

NOW COME, Plaintiffs Josephine Zapalik and Scott Zapalik, by and through their undersigned counsel, and file this Memorandum in Support of Plaintiffs' Motion to Remand and respectfully request this court enter an Order remanding the case to the Circuit Court of Cook County, Illinois in the event that the court grants the Plaintiffs' Motion to Amend the Complaint to add Walgreen Co., an Illinois Corporation.

**ARGUMENT AND AUTHORITIES**

In the event the court should grant Plaintiffs' Motion to Amend Complaint resulting in the joinder of an Illinois Corporation, Walgreen Co., there will be a lack of complete diversity between Plaintiffs and a properly joined Illinois pharmacy, all of whom are citizens of the state of Illinois, and this court will no longer have subject matter jurisdiction.  As a result, the court should remand this case pursuant to 28 USC Sec. 1332(c), 1441(b), 1447(c).

Absent subject matter jurisdiction, "… the District Court shall remand." 28 USC Sec. 1447(c); Caterpillar v. Lewis, 519 US. 61, 68-69, 117 S. Ct. 467, 473 (1996).  This court has held "citizenship of all the plaintiffs must be diverse from the citizenship of all

the defendants". Filippini v. Ford Motor Co., 110 F.R.D 131, 133 (N.D. IL. 1986) (citing

Jadair, Inc. v. Walt Keeler Co., Inc., 679 F. 2nd 131 (7th Cir. 1982); 1 A Moore's Federal

Practice, Sec. 0.161 [1.-1] (1983)).

Where the defendant, Bausch & Lomb Incorporated fails to meet its heavy burden

to prove that there is no possibility that plaintiffs have stated a claim against the non-

diverse defendant, Walgreen & Co., thereby defeating federal jurisdiction, the court is

prevented from taking any action with respect to the merits of the case. Alegre v.

Aguayo, 207 U.S. Dist. Lexis 32661, 5, 10 (N.D. IL. 2007).

Given that federal courts have limited jurisdiction, Kokonnen v. Guardian Life

Ins., Co., of 511 US. 377 (1994), the courts must presume that cases lie outside federal

jurisdiction and consequently, the removal statute should be strictly construed to favor

state court jurisdiction. *Id.* The court shall interpret the removal statute narrowly

presuming the Plaintiffs may choose their forum. Brooks v. Merck & Co., Inc., 443 F.

Supp. 2nd 994, 998 (S.D. IL 2006).

WHEREFORE, for the above and foregoing reasons, Plaintiffs respectfully

request the court to enter an order remanding the above case to the Circuit Court of Cook

County, Illinois as there is not complete diversity of citizenship between the parties in

this case.

Dated: February 12, 2008            Respectfully submitted,

                                    GARY D. McCALLISTER & ASSOCIATES, LLC


                                    By: s/ Gary D. McCallister
                                        Gary D. McCallister
                                        *One of the Attorneys for Plaintiffs*

2

GARY D. McCALLISTER & ASSOCIATES, LLC
120 N. LaSalle St., Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing
**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO
REMAND** was served this 12th day of February, 2008 on the following via the
Court's electronic filing system:

Peter A. Tomaras
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606


                                        s/    Gary D. McCallister
                                              Gary D. McCallister
                                              *One of the Attorneys for Plaintiffs*


Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)

4