# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) | Judge Milton I. Shadur |
| | ) ) | Mag. Judge C. Ashman |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Peter A. Tomaras
      WILDMAN, HARROLD, ALLEN & DIXON LLP
      225 W. Wacker Drive, Suite 2800
      Chicago, Illinois 60605

   PLEASE TAKE NOTICE that on **February 15, 2008 at 9:15 a.m.**, Plaintiffs shall present before the Honorable Milton I. Shadur or any judge sitting in his stead, in Courtroom 2303, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, **PLAINTIFFS' MOTION TO REMAND**, a copy of the aforementioned is attached hereto and made a part hereof.


Dated:  February 12, 2008        GARY D. McCALLISTER & ASSOCIATES, LLC


                    By:   s/ Gary D. McCallister
                          Gary D. McCallister,
                          *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street
Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **NOTICE OF MOTION ON PLAINTIFFS' MOTION TO REMAND** was served this 12th day of February, 2008 on the following via the Court's electronic filing system:

>Peter A. Tomaras
>WILDMAN, HARROLD, ALLEN & DIXON LLP
>225 W. Wacker Drive, Suite 2800
>Chicago, Illinois 60606

>s/    Gary D. McCallister
>Gary D. McCallister
>*One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)