THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) | Judge James B. Zagel |
| | ) ) | Mag. Judge C. Ashman |
| Defendant. | ) | |

## RE-NOTICE OF MOTION

To:   Peter A. Tomaras
      WILDMAN, HARROLD, ALLEN & DIXON LLP
      225 W. Wacker Drive, Suite 2800
      Chicago, Illinois 60605

PLEASE TAKE NOTICE that on **March 6, 2008 at 10:15 a.m.**, Plaintiffs shall present before the Honorable James B. Zagel or any judge sitting in his stead, in Courtroom 2503, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, **PLAINTIFFS' MOTION TO AMEND COMPLAINT**, a copy of the aforementioned is attached hereto and made a part hereof.


Dated:  February 22, 2008         GARY D. McCALLISTER & ASSOCIATES, LLC


                                  By:   s/ Gary D. McCallister
                                        Gary D. McCallister,
                                        *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street
Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **RE-NOTICE OF MOTION ON PLAINTIFFS' MOTION TO AMEND COMPLAINT** was served this 22nd day of February, 2008 on the following via the Court's electronic filing system:

    Peter A. Tomaras
    WILDMAN, HARROLD, ALLEN & DIXON LLP
    225 W. Wacker Drive, Suite 2800
    Chicago, Illinois 60606

                                      s/     Gary D. McCallister_____
                                      Gary D. McCallister
                                      *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)