### THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) ) | Judge James B. Zagel |
| Defendant. | ) ) | Mag. Judge C. Ashman |

## RE-NOTICE OF MOTION

To:     Peter A. Tomaras
        WILDMAN, HARROLD, ALLEN & DIXON LLP
        225 W. Wacker Drive, Suite 2800
        Chicago, Illinois 60605

PLEASE TAKE NOTICE that on **March 6, 2008 at 10:15 a.m.**, Plaintiffs shall present before the Honorable James B. Zagel or any judge sitting in his stead, in Courtroom 2303, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, **PLAINTIFFS' MOTION TO REMAND**, a copy of the aforementioned is attached hereto and made a part hereof.

Dated:  February 22, 2008          GARY D. McCALLISTER & ASSOCIATES, LLC

                                    By:   s/ Gary D. McCallister_____
                                          Gary D. McCallister,
                                          *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street
Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **RE-NOTICE OF MOTION ON PLAINTIFFS' MOTION TO REMAND** was served this 22nd day of February, 2008 on the following via the Court's electronic filing system:

Peter A. Tomaras
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606

s/     Gary D. McCallister_____
Gary D. McCallister
*One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611
(312) 345-0612 (Fax)