THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) | Judge James B. Zagel |
| | ) ) | Mag. Judge C. Ashman |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, JOSEPHINE ZAPALIK and SCOTT ZAPALIK, by and through undersigned counsel, dismiss, without prejudice, their Complaint in the above captioned action pursuant to Fed. R. Civ. P. 41(a)(1).

Dated this 29th day of February, 2008

GARY D. McCALLISTER & ASSOCIATES, LLC


By:     _s/ Gary D. McCallister_____
            Gary D. McCallister
            *One of the Attorneys for Plaintiffs*

GARY D. McCALLISTER & ASSOCIATES, LLC
120 North LaSalle St., Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0611

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Notice of Dismissal was served upon the below named attorney of record electronically via the Case Management/Electronic Case filing (CM/ECF) system maintained by the United States District Court for the Northern District of Illinois on this 29th day of February, 2008.

    Peter A. Tomaras
    WILDMAN, HARROLD, ALLEN & DIXON LLP
    225 W. Wacker Drive, Suite 2800
    Chicago, Illinois 60606

                  **GARY D. McCALLISTER & ASSOCIATES, LLC**


                    By:___s/ Gary D. McCallister_____
                          Gary D. McCallister
                          *One of the Attorneys for Plaintiffs*



Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (fax)