THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPHINE ZAPALIK and SCOTT ZAPALIK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 295 |
| BAUSCH & LOMB INCORPORATED, | ) ) | Judge James B. Zagel |
| | ) ) | Mag. Judge C. Ashman |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   See Certificate of Service Below

PLEASE TAKE NOTICE that on this 29th day of February, 2008, Plaintiffs filed with this Court in the above captioned matter, **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,** a copy of which is attached hereto and served upon you herewith.

**GARY D. McCALLISTER & ASSOCIATES, LLC**

By:   s/ Gary D. McCallister
       Gary D. McCallister
       *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (Fax)

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Notice of Filing the Notice of Voluntary Dismissal Without Prejudice was served upon the below named attorney of record electronically via the Case Management/Electronic Case filing (CM/ECF) system maintained by the United States District Court for the Northern District of Illinois on this 29th day of February, 2008.

    Peter A. Tomaras
    WILDMAN, HARROLD, ALLEN & DIXON LLP
    225 W. Wacker Drive, Suite 2800
    Chicago, Illinois 60606

        **GARY D. McCALLISTER & ASSOCIATES, LLC**

        By:   s/ Gary D. McCallister_____
            Gary D. McCallister
            *One of the Attorneys for Plaintiffs*

Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 345-0611
(312) 345-0612 (fax)