

**FILED**

MAR 0 6 2008
MAR 06, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 6 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION
Josephine Zapalik, et al. v. Bausch & Lomb, Inc.,
N.D. Illinois, C.A. No. 1:08-295                   )
                                                    )   MDL No. 1785

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Zapalik*) on February 21, 2008. The Panel has now been advised that *Zapalik* was dismissed in the Northern District of Illinois in a minute entry before the Honorable James B. Zagel filed on March 5, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-22" filed on February 21, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**JUDGE JAMES B. ZAGEL**